# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **FRANK C. LANEY** | **EDWARD G. SMITH** | **CYNTHIA MABRY-KING** |
|---|---|---|
| CIRCUIT MEDIATOR | CHIEF CIRCUIT MEDIATOR | CIRCUIT MEDIATOR |
| CARY, NORTH CAROLINA | 106 RIVER FALLS DRIVE | GREENBELT, MARYLAND |
| | DUNCAN, SC 29334 | |
| | (864) 433-1511 | |
| | FAX (864) 433-1519 | |
| | Edward_Smith@ca4.uscourts.gov | |

June 23, 2016

Re: 16-1561, Faye Gordon v. BJ's Wholesale Club

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

     This letter will confirm that the mediation conference has been rescheduled for Wednesday, July 6, 2016 at 10:00am EASTERN time.

     Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies: Sharon Michele Chambers
Deborah Elizabeth Kane
Cynthia M. Weisz